UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI ASIAM HUSSAIN, et al.,<br><br>    Defendants. | Case No.18-cv-07652-NC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE CASE MANAGEMENT STATEMENT & CONSENT OR DECLINATION FORM** |

Pursuant to the Court's Standing Order Regarding Case Management in Civil Cases and as reminded by the Court (*see* Dkt. No. 12), plaintiff Ngoc Lam Che was required to file a case management statement by May 15, 2019. No statement has been filed. Che was also reminded twice to file a consent or declination to proceed before a magistrate judge on March 5, 2019, and April 2, 2019. *See* Dkt. Nos. 7, 11. Che has not filed these either.

The Court ORDERS Che to show cause why she has failed to comply with Court orders by **May 31, 2019**. Che must file a consent or declination form by **May 31, 2019**. The case management conference set for May 22, 2019, is VACATED and continued to **June 12, 2019**, at 10:00 a.m. Che's case management statement is due **June 5, 2019**.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge